Stebbins, Garey, L'Amoreaux & Hurtubise, for appellant. Litsinger, Healy & Reid, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**B. L. Rose, appellee, v. Allen Johnson et al., appellants. Gen. No. 29,499.**

Suit to restrain defendants from interfering with complainant in officiating as pastor of church. Interlocutory restraining order issued. Interlocutory appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the third division of the court for the first district at the October term, 1924. Affirmed. Opinion filed December 24, 1924.

Ellis & Westbrooks, for appellants; Edward H. Morris, Richard E. Westbrooks and Harris B. Gaines, of counsel. No appearance for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**B. L. Rose, appellee, v. Allen Johnson et al., appellants. Gen. No. 29,540.**

Motion for order granting leave to pastor and members of church to use necessary means to obtain access to the church. Order entered. Interlocutory appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Appeal dismissed. Opinion filed December 24, 1924.

Ellis & Westbrooks, for appellants; Edward H. Morris, Harris B. Gaines and Richard E. Westbrooks, of counsel. No appearance for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**The People of the State of Illinois ex rel. Max U. Masor, petitioner, v. William E. Helander, one of the judges of the municipal court of Chicago, respondent. Gen. No. 29,615.**

Original petition for mandamus to compel judge to sign and seal stenographic report of proceedings at trial. Petition denied. Opinion filed December 30, 1924.

Brown & Alschuler, for petitioner. John E. Pedderson, for respondent.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**William Waedell and Ernest Whittaker, executors under the last will and testament of Mary W. Wallace, deceased, appellees, v. Benjamin F. J. Odell, appellant. Gen. No. 28,201.**

Former opinion in case adopted. See 233 Ill. App. 622. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed January 21, 1925.

Benjamin F. J. Odell, for appellant. Gurdon Williams and P. R. Boylan, for appellees.

Mr. Justice Taylor delivered the opinion of the court.